UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - -x

UNITED STATES OF AMERICA

    - v. -

SCOTT SHIELDS, and
PATRICIA SHIELDS,

                Defendants.

- - - - - - - - - - - - - - - - - -x

INDICTMENT

07 CRIM. 320

JUDGE SWEET

## COUNT ONE

The Grand Jury charges:

1. From in or about September 2001, up to and including in or about October 2003, in the Southern District of New York and elsewhere, SCOTT SHIELDS and PATRICIA SHIELDS, the defendants, and others known and unknown, unlawfully, willfully, and knowingly did combine, conspire, confederate, and agree together and with each other to commit offenses against the United States, to wit, to violate Title 18, United States Code, Sections 641 and 1341.

    2. It was a part and an object of the conspiracy that SCOTT SHIELDS and PATRICIA SHIELDS, the defendants, and others known and unknown, unlawfully, willfully, and knowingly, would and did embezzle, steal, purloin, and convert to their own use and the use of another vouchers, money and things of value of the United States and a department and agency thereof, to wit, the Department of Homeland Security's ("DHS") Federal Emergency Management Agency ("FEMA"), and receive, conceal, and retain the

same with intent to convert it to their own use and gain, knowing it to have been embezzled, stolen, purloined and converted, the value of which exceeded $1,000, in violation of Title 18, United States Code, Section 641.

3. It was a further part and an object of the conspiracy that SCOTT SHIELDS and PATRICIA SHIELDS, the defendants, and others known and unknown, unlawfully, willfully, and knowingly, having devised and intending to devise a scheme and artifice to defraud, and for obtaining money and property by means of false and fraudulent pretenses, representations and promises, for the purpose of executing such scheme and artifice, and attempting so to do, would and did place in a post office and authorized depository for mail matter, a matter and thing to be sent and delivered by the Postal Service, and would and did cause to be delivered by mail such a matter and thing, in violation of Title 18, United States Code, Section 1341.

## OVERT ACTS

4. In furtherance of the conspiracy and to effect the illegal objects thereof, the defendants committed the following overt acts, among others, in the Southern District of New York and elsewhere:

    a. On or about September 18, 2001, an individual who identified himself as SCOTT SHIELDS, the defendant,

registered with the FEMA National Service Processing Center via hotline telephone.

       b.    On or about July 17, 2002, SCOTT SHIELDS and PATRICIA SHIELDS, the defendants, applied in person in New York County for financial assistance with the American Red Cross.

       c.    On or about November 1, 2002, SCOTT SHIELDS applied in person in New York County to FEMA for Mortgage and Rental Assistance.

       d.    On or about March 23, 2003, PATRICIA SHIELDS applied in person in New York County to FEMA for Additional Mortgage and Rental Assistance.

       e.    On or about October 23, 2003, SCOTT SHIELDS and PATRICIA SHIELDS applied by mail to FEMA for Additional Mortgage and Rental Assistance.

       (Title 18, United States Code, Section 371.)

COUNT TWO

5.    From in or about September 2001 up to and including in or about October 2003, in the Southern District of New York and elsewhere, SCOTT SHIELDS and PATRICIA SHIELDS, the defendants, unlawfully, willfully, and knowingly, would and did embezzle, steal, purloin, and knowingly convert to their use and the use of another, vouchers, money and things of value of the Untied States and a department and an agency thereof, which exceeded the sum of $1,000, and did receive, conceal, and retain the same with intent to convert it to their use and gain, knowing it to have been embezzled, stolen, purloined and converted, to wit, SCOTT SHIELDS and PATRICIA SHIELDS received approximately $38,906.00 in FEMA Mortgage and Rental Assistance to which they were not entitled, through fraud and deceit.

(Title 18, United States Code, Sections 641 and 2.)


COUNT THREE

6.    In or about July and August 2002, in the Southern District of New York and elsewhere, SCOTT SHIELDS and PATRICIA SHIELDS, the defendants, unlawfully, willfully, and knowingly, having devised and intending to devise a scheme and artifice to defraud, and for obtaining money and property by means of false and fraudulent pretenses, representations and promises, for the purpose of executing such scheme and artifice, and attempting so to do, did place in a post office and authorized depository for

mail matter, a matter and thing to be sent and delivered by the Postal Service, and did cause to be delivered by mail such a matter and thing, to wit, SCOTT SHIELDS and PATRICIA SHIELDS caused a check in the amount of $10,533.08 to be mailed by the American Red Cross, through fraud and deceit, to SCOTT SHIELDS at 225 Rector Street, Apartment 23G, New York, New York.

(Title 18, United States Code, Sections 1341 and 2.)

_____
FOREPERSON

_____
MICHAEL J. GARCIA
United States Attorney

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA

- v. -

SCOTT SHIELDS, and
PATRICIA SHIELDS,

Defendants.

### INDICTMENT

07 Cr.

(18 U.S.C. §§ 371; 641 and 2; 1341 and 2.)

MICHAEL J. GARCIA
United States Attorney.

**A TRUE BILL**

_____
Foreperson.

4/17/07

Indictment filed, case assigned to Judge Sweet.

F. Maas, USMJ