**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

---

*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York 10007*

April 25, 2007



**BY FACSIMILE**

The Honorable Robert W. Sweet
United States District Judge
United States Courthouse
500 Pearl Street, Room 1920
New York, New York 10007
Fax: (212) 805-7925

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 4/26/07

      Re:    United States v. Scott Shields, Patricia Shields,
             07 Cr. 320 (RWS)

Dear Judge Sweet:

      Enclosed please find a copy of the Indictment in the above-referenced case, which was assigned to Your Honor on Tuesday, April 17, 2007. Mr. and Ms. Shields were arraigned by Magistrate Judge Ellis this morning. This matter is currently scheduled for an initial conference before Your Honor on Wednesday, May 2, 2007, at 10:00 a.m. The Government respectfully requests that time be excluded under the Speedy Trial Act, pursuant to Title 18, United States Code, Section 3161(h)(8)(A), from the date of this letter until May 2. Such an exclusion will serve the ends of justice and outweighs the interest of the public and the defendant in a speedy trial, because it will permit the Government to begin producing discovery, and the defense to begin reviewing that discovery and to contemplate any motions. I have spoken with defense counsel, and they do not object to the exclusion of time.

                                          Respectfully submitted,

So ordered
Sweet
USDJ
4.24.07

                                          MICHAEL J. GARCIA
                                          United States Attorney
                                          Southern District of New York

                         By:    *Jenna M. Dabbs*
                               Jenna M. Dabbs
                               Assistant United States Attorney
                               (212) 637-2212

Enclosure
cc:    Jonathan Marks, Esq. (by facsimile)
        Chris Flood, Esq. (by facsimile)