# Federal Defenders
## OF NEW YORK, INC.

52 Duane Street, 10th Floor, New York, NY 10007
Tel: (212) 417-8700 Fax: (212) 571-0392

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 10/10/07

Leonard F. Joy
*Executive Director*

Southern District
*Southern District of New York*
John J. Byrnes
*Attorney-in-Charge*

October 9, 2007



**VIA HAND DELIVERY**

Honorable Robert W. Sweet
United States District Judge
Southern District of New York
United States District Court
500 Pearl Street
New York, New York 10007

Re:   **United States v. Scott Shields and Patricia Shields**
      **07 Cr. 320 (RWS)**

Dear Judge Sweet:

I represent Patricia Shields in the above-referenced case, which is scheduled to go to trial in front of Your Honor beginning November 5, 2007. I write to request a two month adjournment of that trial date.

I was assigned to represent Ms. Shields after her previous attorney left the Federal Defenders office. I need time to meet with my client and prepare for trial. Additionally, a trial beginning on November 5 will conflict with the national orientation seminar for new assistant federal defenders, sponsored by the Federal Judicial Center and the Administrative Office, which I am scheduled to attend.

I have spoken with Jenna M. Dabbs, the Assistant United States Attorney assigned to the case, and to Jonathan Marks, the attorney for Scott Shields. They both have informed me that they consent to my adjournment request. AUSA Dabbs also has informed me that she will be unavailable to try this case from December 31, 2007, through January 4, 2008.

*This request is granted, the speedy trial clock is stopped until the conference immediately preceding trial on January 14, 2008. So ordered*

*Sweet USDJ*
*10-10-07*

~On behalf of Patricia Shields, I consent to the exclusion of time between November 5 and the adjourn date from any speedy trial calculation. Mr. Marks has authorized me to inform the Court that Scott Shields also consents to the exclusion of time between November 5 and the adjourn date from any speedy trial calculation.

                                          Respectfully submitted,

                                          Peggy M. Cross
                                          Assistant Federal Defender
                                          Tel.: (212) 417-8732

cc:   Jenna M. Dabbs, Esq. (via facsimile)
       Jonathan Marks, Esq. (via facsimile)