UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------x

UNITED STATES OF AMERICA          :

       - v. -                    :     ORDER

PATRICIA SHIELDS,                  :     07 Cr. 320 (RWS)

            Defendant.     :

------------------------------x

      WHEREAS, with the defendant's consent, her guilty plea allocution was taken before a United States Magistrate Judge on March 21, 2008;

      WHEREAS, a transcript of the allocution was made and thereafter was transmitted to the District Court; and

      WHEREAS, upon review of that transcript, this Court has determined that the defendant entered the guilty plea knowingly and voluntarily and that there was a factual basis for the guilty plea;

      IT IS HEREBY ORDERED that the defendant's guilty plea is accepted.

SO ORDERED:

Dated:    New York, New York
          April 28, 2008

                                           THE HONORABLE ROBERT W. SWEET
                                           UNITED STATES DISTRICT JUDGE

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 4/30/08