PS 8
(Rev. 12/04)

# UNITED STATES DISTRICT COURT

for

Southern District of New York

U.S.A. vs. Shields et al. _____ Docket No. 07-CR-320 _____

### Petition for Action on Conditions of Pretrial Release

COMES NOW _____ Tracy Amaladas _____ PRETRIAL SERVICES OFFICER
presenting an official report upon the conduct of defendant _____ Patricia Shields _____
who was placed under pretrial release supervision by the Honorable _____ James C. Francis IV. _____
sitting in the court at ___ 500 Pearl Street ___ , ___ NY ___ date _____ March 20 _____ , ___ 2007 ___
under the following conditions:

$50,000 Personal recognizance bond, co-signed by one financially responsible individual; surrender travel documents, no new applications; travel restricted to the SD/NY, ED/NY, CT, NJ, NH, ED/PA; and routine supervision. On April 25, 2007, the defendant's travel restrictions were modified to include WD/PA and subsequently ND/VA was added on May 2, 2007. The defendant plead guilty before the Honorable Michael H. Dolinger, U.S. Magistrate Judge, on March 21, 2008 and is awaiting sentencing.

RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT FOR CAUSE AS FOLLOWS:

Modify bail to extend the defendant's travel restrictions to include Delaware and Maryland. Specifically, the defendant would like to attend various flea markets to sell clothing and other goods as this is the sole source of her income. Defense Counsel Peggy Cross joins our petition to modify the defendant's bail conditions to extend travel to the above Districts. On May 28, 2008, the undersigned officer spoke with AUSA Jenna Dabbs, who indicated that she does not object to the above petition.

PRAYING THAT THE COURT WILL ORDER the modification of bail to extend the defendant's travel restrictions to include Delaware and Maryland.

ORDER OF COURT

Considered and ordered _____ day
of _____ , 20 ___ and ordered filed and
made a part of the records in the above case.

_____
U.S. District Judge
Robert W. Sweet

I declare under penalty of perjury that the foregoing is true and correct.

Executed    March 29, 2008
on

_____
U.S. Pretrial Services Officer

Place    Southern District of New York

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 6 12 08